## BANKING COMM. v. BANK

No. 47 PC.

Case below: 17 N.C. App. 557.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April, 1973.

## BENFIELD v. TROUTMAN

No. 58 PC.

Case below: 17 N.C. App. 572.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April, 1973.

## BODENHEIMER v. BODENHEIMER

No. 39 PC.

Case below: 17 N.C. App. 434.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 April, 1973.

## CRUTCHER v. NOEL

No. 53 PC.

Case below: 17 N.C. App. 540.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 April 1973.

## DICKENS v. EVERHART

No. 30 PC.

Case below: 17 N.C. App. 362.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 April 1973.